IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **Sonya Pierson,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No. 10-681-CV-W-JTM |
| | ) | |
| **Home Depot,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to the *Stipulation For Dismissal With Prejudice*, filed October 19, 2011 [Doc. 38], it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

                                              */s/ John T. Maughmer*
                                              **JOHN T. MAUGHMER**
                                              **U. S. MAGISTRATE JUDGE**